**Opinion issued July 24, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00526-CR**

———————————

**IN RE ELLIOTT JACOBY BAPTISTE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Elliott Jacoby Baptiste, has filed a petition, requesting that we issue a writ of mandamus to compel the trial court to rule on his request for the trial record from his underlying criminal case.[1]

---

[1]     The underlying case is *The State of Texas v. Elliott Jacoby Baptiste*, cause number 1672403, which was decided in the in the 184th District Court of Harris County and affirmed by this Court in *Baptiste v. State*, 695 W.W.3d 760 (Tex. App.— Houston [1st Dist.] 2024, no pet.).

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Gunn, and Dokupil.

Do not publish. TEX. R. APP. 47.2(b).